UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEFFERY HUFFMAN, ET AL. | CIVIL ACTION NO. 15-2471 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MAXX OILFIELD SERVICES, LLC | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections and response thereto filed (Record Documents 26 & 27), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Transfer Venue (Record Document 15) is **GRANTED** and this civil action is **TRANSFERRED** to the Southern District of Texas, Houston Division. This transfer is made based on the first-to-file rule and this case's connection to Medina v. Pro Oilfield Services, LLC, 4:15-cv-1320 (S.D. TX).

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 31st day of October, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE